## Donald L. SPENCER, Petitioner– Appellant,

### v.

## Ronald ANGELONE, Director of Virginia Department of Corrections, Respondent–Appellee.

### No. 01–7752.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 26, 2002.

---

Donald L. Spencer, pro se. Robert H. Anderson, III, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Donald L. Spencer seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm the appeal on the reasoning of the district court. *See Spencer v. Angelone,* No. CA–01–146–3 (E.D.Va. Oct. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*